**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 26−46931−mlo
Chapter: 7

In Re: (NAME OF DEBTOR(S))
Khayla N Bailey
23729 Plumbrooke Dr
Southfield, MI 48075

Social Security No.:
xxx−xx−1035

Employer's Tax I.D. No.:

---

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor(s) did not file a Personal Financial Management Course Certificate.

Dated: 9/22/26

BY THE COURT

Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court